UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVARIS DAVIS,<br><br>             Plaintiff,<br><br>        v.<br><br>J. DOERER, et al.,<br><br>             Defendants. | Case No.: 1:24-cv-01498-SKO (PC)<br><br>**ORDER DIRECTING PLAINTIFF TO PROVIDE A COMPLETE ANSWER IN HIS APPLICATION TO PROCEED IN FORMA PAUPERIS BY A PRISONER**<br><br>(Doc. 2) |

Plaintiff Javaris Davis is a federal prisoner proceeding pro se in this civil rights action.

**I.     INTRODUCTION**

Plaintiff initiated this action by filing a complaint with this Court on December 9, 2024. (Doc. 1) That same date, Plaintiff filed an Application to Proceed In Forma Pauperis by a Prisoner. (Doc. 2.)

**II.    DISCUSSION**

In the application, Plaintiff states he is not employed and does not receive any income from the following sources: business, profession, or other self-employment; rent payments, interest, or dividends; pension, annuity, or life insurance payments; disability or workers' compensation payments; or gifts or inheritances. (Doc. 2 at 1.) Plaintiff responded "Yes" to receiving money from "other sources" within the previous twelve months. (*Id*.) However, Plaintiff failed to complete his response to Question 3(f) because he did not "describe … each

source of money, state the amount received" and indicate whether he expects to "continue to receive" those funds. (*Id.*) Plaintiff was advised to "attach an additional sheet if necessary" following an affirmative response to Question 3 (*id.*) but no additional sheet was attached to his application.

Plaintiff also states he does not have any cash or a checking or saving account, does not own any automobile, real estate, stock, bond, security, trust, jewelry, artwork, or other financial instrument or thing of value, or other assets. (Doc. 2 at 2.) He also indicates no other persons are dependent upon him for support. (*Id.*)

The Certificate portion of the Application, completed by a representative of the institution where Plaintiff is incarcerated, states that the current balance of Plaintiff's trust account is $526.28 and within the previous six months the average monthly balance in the account was $533.46, with an average monthly deposit of $65 in the past six months. (Doc. 2 at 2.)

Because Plaintiff's response to Question 3(f) is incomplete and to ensure Plaintiff is entitled to proceed without prepayment of the required $405 filing fee for this action, Plaintiff will be directed to provide a complete response to Question 3(f) before the Court issues a ruling on his pending application.

### III.   CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** as follows:

1. The Clerk of the Court is **DIRECTED** to serve Plaintiff with a copy of his application filed December 9, 2024 (Doc. 2), for ease of reference and as a one-time courtesy, along with this Order; and

2. Plaintiff **SHALL** complete his response to Question 3(f) by describing each source of money, stating the amount(s) received, and indicating whether he expects to continuing receiving those funds, *in writing and under penalty of perjury*, **within 14 days** of the date of this Order.

//

//

//

**WARNING: A failure to comply with this Order may result in a recommendation that this action be dismissed, without prejudice, for a failure to obey court orders**.

IT IS SO ORDERED.

Dated:  **December 11, 2024**              /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE