UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVARIS DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>J. DOERER, et al.,<br><br>    Defendants. | Case No.: 1:24-cv-01498-SKO (PC)<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO PROVIDE A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Docs. 2 & 4) |

Plaintiff Javaris Davis is a federal prisoner proceeding pro se in this civil rights action.

## I.  INTRODUCTION

Plaintiff initiated this action by filing a complaint on December 9, 2024. (Doc. 1.) Plaintiff also filed an Application to Proceed In Forma Pauperis by a Prisoner. (Doc. 2.)

On December 11, 2024, the Court issued an "Order Directing Plaintiff To Provide A Complete Answer In His Application To Proceed In Forma Pauperis By A Prisoner." (Doc. 4.) Plaintiff was directed to provide a complete response to Question 3(f) within 14 days of the date of service of the order. (*Id*. at 1-2.)

## II.  DISCUSSION

This Court's Local Rules, corresponding with Rule 11 of the Federal Rules of Civil Procedure, provide that the "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions

authorized by statute or within the inherent power of the Court." *See* Local Rule 110.

Here, Plaintiff has failed to comply with the Court's December 11, 2024, order. He did not respond as directed within 14 days, plus time for mailing, and the time to do so has now passed.

### III.     CONCLUSION AND ORDER

Accordingly, the Court **ORDERS** Plaintiff to show cause in writing, **within 14 days** of the date of service of this order, why sanctions should not be imposed for his failure to comply with the Court's December 11, 2024, order. Alternatively, within that same time, Plaintiff may file a response to that order as directed on December 11, 2024.

**WARNING: A failure to comply with this order may result in a recommendation that this action be dismissed, without prejudice, for Plaintiff's failure to comply with Court orders and this Court's Local Rules and failure to prosecute**.

IT IS SO ORDERED.

Dated:   **January 3, 2025**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE